UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-36363 |
| APRIL JEANETTE | ) | Hon. Jacqueline P. Cox |
| FLOWERS-LEWIS, | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 15, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

Flowers-LewisNFRCrtSrv

# SERVICE LIST
## APRIL JEANETTE FLOWERS-LEWIS, DEBTOR
## CASE NO. 15-36363

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

April Jeanette Flowers-Lewis
12547 S. Stewart
Chicago, IL 60628

Jeffrey L Benson
Law Offices of Jeffrey Benson
3337 W 95th St Suite 2
Evergreen Park, IL 60805

Atlas Acquisitions LLC
294 Union St
Hackensack, NJ 07601

PYOD, LLC, its successors and assigns
 as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Springleaf
PO Box 3251
Evansville, IN 47731-3251

Flowers-LewisTFRSrvList