UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
                                        §
April Jeanette Flowers-Lewis            §    Case No. 15-36363
                                        §
                                        §
          Debtor                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 79,224.00<br>*(Without deducting any secured claims)* | Assets Exempt: 29,500.00 |
| Total Distributions to Claimants:  5,629.60 | Claims Discharged<br>Without Payment:  111,192.70 |
| Total Expenses of Administration:  1,468.07 | |

  3) Total gross receipts of $ 9,702.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,604.33  (see **Exhibit 2**), yielded net receipts of $ 7,097.67  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,468.07 | 1,468.07 | 1,468.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,649.00 | 7,781.30 | 7,781.30 | 5,629.60 |
| **TOTAL DISBURSEMENTS** | $ 116,649.00 | $ 9,249.37 | $ 9,249.37 | $ 7,097.67 |

4) This case was originally filed under chapter 7 on 10/26/2015 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/18/2016            By:/s/STEVEN R. RADTKE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2015 tax refund | 1224-000 | 9,702.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,702.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| April Jeanette Flowers-Lewis | Exemptions | 8100-002 | 850.00 |
| April Jeanette Flowers-Lewis | Non-Estate Funds Paid to Third Parties | 8500-002 | 1,754.33 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,604.33** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage 952 N Lockwood Chicago, IL | | 100,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 100,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,459.77 | 1,459.77 | 1,459.77 |
| STEVEN R. RADTKE | 2200-000 | NA | 8.30 | 8.30 | 8.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,468.07 | $ 1,468.07 | $ 1,468.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 52530 Schaumburg, IL 60196-6000 | | 400.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Services P.O. Box 15298 Wilmington, DE 19850 | | 3,837.00 | NA | NA | 0.00 |
| | DSNB/Macys P.O. Box 8218 Mason, OH 45040 | | 3,798.00 | NA | NA | 0.00 |
| | Elmhurst Memorial Hospital P.O. Box 92348 Chicago, IL 60675 | | 63.00 | NA | NA | 0.00 |
| | MCSI 7330 College Drive Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Midnight Velvet 1112 7th Avenue Monroe, WI 53566 | | 195.00 | NA | NA | 0.00 |
| | SYNCB/TJX CO PLCC P.O. Box 965015 Orlando, FL 32896 | | 498.00 | NA | NA | 0.00 |
| 1 | Atlas Acquisitions Llc (Services Credit Union) | 7100-000 | 664.00 | 664.93 | 664.93 | 664.93 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 699.00 | 699.99 | 699.99 | 699.99 |
| 3 | Springleaf Financial Services, Inc. | 7200-000 | 6,245.00 | 6,416.38 | 6,416.38 | 4,264.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,649.00 | $ 7,781.30 | $ 7,781.30 | $ 5,629.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-36363 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | April Jeanette Flowers-Lewis | | | | Date Filed (f) or Converted (c): | 10/26/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/2015 |
| For Period Ending: | 10/18/2016 | | | | Claims Bar Date: | 04/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12547 S. Stewart Chicago, Il 60628 -- Debtor Is On Title To | 94,224.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank Checking Account - No Balance Kept | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods And Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, Cds, Etc. | 150.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2 Fur Coats And Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension - 100% Exempt | Unknown | 0.00 | | 0.00 | FA |
| 9. 401K - 100% Exempt | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 11. Anticipated 2015 tax refund (u) | 9,702.00 | 8,852.00 | | 9,702.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $117,576.00 | $8,852.00 | | $9,702.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 Trustee retained estate's share of 2015 tax refund in the amount of $7,947.67 and turned over to Debtor the amount of the refund which was not property of the estate in the amount of $1,754.33; from estate money on hand the Trustee paid Debtor's exemption in the 2015 income tax refund per 735 ILCS 5/12-1001(b); Trustee preparing TFR and fee petition

4/13/16 Received '15 tax refund $9,702; begin work on TFR

1/6/16 -anticipated '15 tax refund sent IRS tax refund intercept letter 1/6/16

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Initial Projected Date of Final Report (TFR): 06/30/2017   Current Projected Date of Final Report (TFR): 06/30/2017   Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-36363  
Case Name: April Jeanette Flowers-Lewis  
Taxpayer ID No: XX-XXX2267  
For Period Ending: 10/18/2016  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX6180  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/16 | 11 | United States Treasury | Tax refund<br>Federal income tax refund 2015 | 1224-000 | $9,702.00 | | $9,702.00 |
| 06/20/16 | 1001 | April Jeanette Flowers-Lewis<br>12547 S. Stewart Avenue<br>Chicago, IL 60628 | Debtor's prorata share of 2015 Federal tax refund | 8500-002 | | $1,754.33 | $7,947.67 |
| 06/23/16 | 1002 | April Jeanette Flowers-Lewis<br>12547 S. Stewart Avenue<br>Chicago, IL 60628 | Debtor Exemption in 2015 Federal tax refund | 8100-002 | | $850.00 | $7,097.67 |
| 09/09/16 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,459.77 | $5,637.90 |
| 09/09/16 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $8.30 | $5,629.60 |
| 09/09/16 | 1005 | Atlas Acquisitions Llc (Services Credit Union)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $664.93 | $4,964.67 |
| 09/09/16 | 1006 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $699.99 | $4,264.68 |
| 09/09/16 | 1007 | Springleaf Financial Services, Inc.<br>P.O. Box 3251<br>Evansville, IN 47731 | Final distribution to claim 3 representing a payment of 66.47 % per court order. | 7200-000 | | $4,264.68 | $0.00 |

|  | COLUMN TOTALS | $9,702.00 | $9,702.00 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Page Subtotals: | $9,702.00 | $9,702.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Case 15-36363   Doc 45   Filed 11/07/16   Entered 11/07/16 14:57:36   Desc Main
              Document       Page 10 of 11

|   |   |   |
|---|---|---|
| Subtotal | $9,702.00 | $9,702.00 |
| Less: Payments to Debtors | $0.00 | $850.00 |
| Net | $9,702.00 | $8,852.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6180 - Checking | $9,702.00 | $8,852.00 | $0.00 |
|  | $9,702.00 | $8,852.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,702.00 |
| Total Gross Receipts: | $9,702.00 |

Page Subtotals:                                             $0.00           $0.00